ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                    )
                                                )
Jeffrey C. Stone Inc., d.b.a. Summit Builders   )   ASBCA No. 58372
                                                )
Under Contract No. W912PL-10-C-0034             )

APPEARANCES FOR THE APPELLANT:      John R. Jefferies, Esq.
                                    Justin R. DePaul, Esq.
                                      Fennemore Craig, P.C.
                                      Phoenix, AZ

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                      Engineer Chief Trial Attorney
                                    Gilbert H. Chong, Esq.
                                      Engineer Trial Attorney
                                      U.S. Army Engineer District, Los Angeles

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 January 2016

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58372, Appeal of Jeffrey C. Stone Inc., d.b.a. Summit Builders, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals